UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>MOOSA LUNAT, et al.,<br><br>            Defendants. | No. 2:14-CV-0810 KJM EFB<br><br><br><br>ORDER |

        On August 27, 2014, the parties submitted a Joint Status Report.  Defendants represent that all claimed violations have been repaired, if they existed.

        Within seven (7) days, Plaintiff is instructed to inform the court why this case should not be dismissed. *See Parr v. L&L Drive-Inn Rest.*, 96 F. Supp. 2d 1065, 1087 (D. Haw. 2000) ("[t]he claims that have been remediated are no longer in dispute and are therefore moot"); *Indep. Living Res. v. Or. Arena Corp.*, 982 F. Supp. 698, 771 (D. Or. 1997) (if "challenged conditions have been remedied, then these particular claims are moot absent any basis for concluding that [the] plaintiff[ ] will again be subjected to the same wrongful conduct by [the] defendant*"), overruled on other grounds, Miller v. California Speedway Corp.*, 536 F.3d 1020 (9th Cir. 2008).

        IT IS SO ORDERED.

DATED:  September 2, 2014.

                                                     UNITED STATES DISTRICT JUDGE

1